UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10467-RWZ

MATTER OF:  VERDIEU BERNARD, PETITIONER

ORDER

June 28, 2005

ZOBEL, D.J.

On March 17, 2005, the Court issued an order that petitioner file an amended pleading that corrected a number of shortcomings in the original. No further papers have been submitted by or on behalf of petitioner. Accordingly, it is ordered that the petition be and it hereby is dismissed for failure to prosecute.

|  | /s/ Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |