```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|                              |   |                                    |
|------------------------------|---|------------------------------------|
| VERDIEU BERNARD,             | ) |                                    |
|         Petitioner,          | ) |                                    |
|                              | ) | CIVIL ACTION NO. 05-10467-RWZ     |
|     v.                       | ) |                                    |
|                              | ) |                                    |
| DEPARTMENT OF HOMELAND       | ) |                                    |
| SECURITY,                    | ) |                                    |
|         Respondent.          | ) |                                    |

## NOTICE OF WITHDRAWAL
## AND SUBSTITUTION OF APPEARANCE

Pursuant to L.R. 83.5.2, please note the <u>withdrawal</u> of appearance of Jennifer C. Boal, Assistant United States Attorney, and please <u>enter</u> the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                        By:        /S/ Christopher R. Donato
                                   Assistant U.S. Attorney
                                   John Joseph Moakley Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA 02210
                                   (617) 748-3303

### CERTIFICATE OF SERVICE

I hereby certify that on this day I served the above Notice of Withdrawal and Substitution of Appearance by mailing a copy of same, postage prepaid, first class mail upon all parties of record.

Dated: August 17, 2005            /S/ Christopher R. Donato
                                  Christopher R. Donato
                                  Assistant U.S. Attorney