UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VERDIEU BERNARD
    Petitioner

v.

DEPARTMENT OF HOMELAND
SECURITY     # 05-10467-RWZ
    Respondent

MOTION TO CONTINUE DEADLINE TO COMPLY WITH ORDER

Now comes counsel for the petitioner and respectfully requests that the deadline for compliance with Judge Zobel's order of August 17, 2005 be continued from August 31, 2005 to September 30, 2005.

Respectfully submitted,
Verdieu Bernard,
By his attorney

*John Himmelstein* (signature)

John Himmelstein
929 Massachusetts Avenue
Suite 01
Cambridge, MA 02139
(617) 868-2533
BBO # 54725

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been mailed, postage prepaid, to Trial Attorneys Unit, U.S. Attorney's Office, John Joseph Moakley Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02210...