# United States Court of Appeals
## For the First Circuit

**CERTIFIED COPY**

No. 05-2757

VERDIEU BERNARD,

Petitioner,

v.

ALBERTO R. GONZALES, ATTORNEY GENERAL,

Respondent.

JUDGMENT

Entered: January 12, 2006

For the reasons stated in this court's Order to Show Cause, dated December 7, 2005, to which petitioner did not file a response, this case is ordered transferred, pursuant to 28 U.S.C. §1631, to the United States Court of Appeals for the Eleventh Circuit, the court where a petition for review could have been properly filed under 8 U.S.C. § 1252.

So ordered.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 1-12-6

[Cert. cc: Hon. Rya W. Zobel, Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts and Thomas K. Kahn, Clerk, United States Court of Appeals for the Eleventh Circuit, cc: Himmelstein, Cashman, Donato, Ms. Livers and Ms. Boal]